EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s): |
|---|---|---|

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Christa Specht | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| [redacted] | Chicago, IL 60647 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Bank of America, N.A. | 200,000 + | (312) 922-9800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 201 South State Street, Chicago, IL 60604 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE　[ ] COLOR　[X] SEX　[ ] RELIGION　[ ] NATIONAL ORIGIN
[ ] RETALIATION　[ ] AGE　[X] DISABILITY　[ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2012　　Latest: 01/21/2015

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Statement of Harm: I was discriminated against because of my disability and gender. Since 2011, I performed my job duties to my employer's satisfaction. In January 2015, I went out of leave because of my disability. However, my supervisor (John Jarka) refused to allow me to return to work and terminated my employment because of my disability.

In addition, I was discriminated against because I am female. Throughout my tenure, I was subjected to gender-based discriminatory comments. In addition to the comments, Mr. Jarka substantially reduced the number of female managers under his supervision.

Statement of Discrimination: I was discriminated against because of my disability and gender, in violation of the Americans with Disabilities Act of 1990, as amended; and Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>5/8/2015　　[signature]<br>Date　　Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**EXHIBIT 1**

RECEIVED EEOC
MAY 13 2015
CHICAGO DISTRICT OFFICE