# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Christa Specht

                Plaintiff,

v.

                                        Case No.: 1:16–cv–05680
                                        Honorable Robert M. Dow Jr.

Bank of America NA

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the Joint stipulation of dismissal [24] filed on 4/21/2017, this action is dismissed with prejudice, with each party to bear its respective costs and fees. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.